United States District Court
Southern District of Texas

**ENTERED**

July 30, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MEAGAN T. COPELIN, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-04502 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| FAMILY AND PROTECTIVE | § | |
| SERVICES, *et al*, | § | |
| Defendants. | § | |

**ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION**

Plaintiff Meagan T. Copelin proceeds here *pro se*. She filed this lawsuit, asserting employment-related claims against Defendant Texas Department of Family and Protective Services for failure to accommodate, retaliation, hostile work environment, constructive discharge, and unequal treatment. Dkt 1. The matter was referred for disposition to Magistrate Judge Yvonne Y. Ho. Dkt 4.

Pending is a motion by Defendant to dismiss under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Dkt 6.

Judge Ho recommends that the motion to dismiss be granted because Plaintiff's disability-based claims aren't actionable under Title VII and sovereign immunity bars her ADA claims. Dkt 14 at 5. But she also granted Plaintiff leave to amend her complaint because such allegations could be construed as claims under Section 504 of the Rehabilitation Act. Id at 8. Plaintiff timely filed her amended complaint on July 27, 2026. Dkt 15.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 14.

The motion to dismiss by Defendant Texas Department of Family and Protective Services is GRANTED. Dkt 6.

The claims by Plaintiff Meagan T. Copelin under Title VII are DISMISSED WITH PREJUDICE.

Her claims under the ADA are DISMISSED WITHOUT PREJUDICE.

The first amended complaint is now the operative pleading in this matter.

SO ORDERED.

Signed on July 30, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge